

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-0645-11

**MARK ALAN CRABTREE, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE TWELFTH COURT OF APPEALS SMITH COUNTY

**HERVEY, J., filed a concurring opinion.**

### CONCURRING OPINION

I join the majority opinion, but I write separately to stress one salient point, one driven home to us, or should be, every day. It is not our job to legislate from the bench. We have a branch of government charged with this responsibility, and the Legislature has spoken—DPS is the proper authority for regulating whether an extra-jurisdictional conviction or adjudication triggers a person's duty to register. *See* TEX. CODE CRIM. PROC. art. 62.001(1), 62.003.

Hervey, J.

Filed: October 31, 2012

Publish